1

2

3

# UNITED STATES DISTRICT COURT

4

## DISTRICT OF NEVADA

5

6   DWAYNE QUINEY,                           )

7                              Plaintiff,     )        Case No. 2:10-cv-01676-KJD-PAL

8   vs.                                       )                  **ORDER**

9   OFFICER RON BROOKS,                       )

10                            Defendant.       )

11  _____

12          This matter is before the court on the parties' failure to file a Certificate as to Interested Parties

13  as required by LR 7.1-1.  The Amended Complaint (Dkt. #5) in this matter was filed May 2, 2011.  The

14  Answer (Dkt. #13) was filed July 15, 2011.  LR 7.1-1(a) requires, unless otherwise ordered, that in all

15  cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a

16  case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of

17  persons, firms, partnerships or corporations (including parent corporations) which have a direct,

18  pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known

19  interested parties, other than those participating in the case, a statement to that effect must be filed.

20  Additionally, LR 7.1-1(c)  requires a party to promptly file a supplemental certification upon any

21  change in the information that this rule requires.  To date, the parties have failed to comply.

22  Accordingly,

23          **IT IS ORDERED** the parties shall file their Certificate as to Interested Parties, which fully

24  complies with LR 7.1-1 **no later than 4:00 p.m., August 23, 2011.**  Failure to comply may result in the

25  issuance of an order to show cause why sanctions should not be imposed.

26          Dated this 9th day of August, 2011.

27                                                      _____

28                                              Peggy A. Leen
                                                United States Magistrate Judge