CATHERINE CORTEZ MASTO
Attorney General
TIMOTHY F. ANDREWS
Deputy Attorney General
Nevada State Bar No. 8759
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: tandrews@ag.nv.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWAYNE QUINEY, | CASE NO. 2:10-cv-01676-KJD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RON BROOKS, | |
| Defendant. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff pro se, Dwayne Quiney, and Defendant Ron Brooks, by and through undersigned counsel, hereby stipulate as follows:

1. The above-entitled action shall be dismissed *with prejudice;* and,

2. Plaintiff and Defendant each shall bear their own attorney's fees and costs.

///

///

///

1

**IT IS SO STIPULATED** this 5th day of January 2012.

For the Plaintiff:

*/s/ Dwyane R. Quiney*
DWYANE QUINEY
Plaintiff Pro Se


For the Defendant:

CATHERINE CORTEZ MASTO
Attorney General

By: */s/ Timothy Andrews*
TIMOTHY ANDREWS
Senior Deputy Attorney General
Nevada Office of the Attorney General
Attorney for Defendants


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/9/12